ACCEPTED
12-14-00094-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
6/5/2015 12:04:01 PM
CATHY LUSK
CLERK

## Law Office of Forrest K. Phifer

███████████████████

130 S. Main
P.O. Box 829
Rusk, Texas 75785-0829
(903) 683-9592

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

6/5/2015 12:04:01 PM

CATHY S. LUSK
Clerk

June 5, 2015

12th District Court of Appeals
Attn: Court Clerk
1517 W. Front Street, #54
Tyler, Texas 75702

Re: *Orlanda George Hill vs. State of Texas*
Appellate Cause # 12-14-00094 CR; In The 12th District Court of Appeals of Texas
Trial Cause # 17,261; In The 2nd Judicial District Court of Cherokee County, Texas

Dear Madame:

In accordance with Rule 48.4, I certify that on June 4, 2015, I sent a copy of this Court's Opinion to Orlanda George Hill at his last known address. That letter also advised the Appellant of his right to pursue a Petition for Discretionary Review according to Texas Rule of Appellate Procedure 68. The letter and opinion were mailed using certified mail, return receipt requested.

Sincerely,

/s/ Forrest K. Phifer

Forrest K. Phifer
SBOT 15908570